| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Dale K. Galipo (SBN 144074)<br>**Law Offices of Dale K. Galipo**<br>21800 Burbank Blvd., #310<br>Woodland Hills, CA 91367<br>Ph: (818) 347-3333<br>Fx: (818) 347-4118 | |
| ATTORNEY(S) FOR: Plaintiff | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased<br><br>                                  Plaintiff(s),<br><br>v.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>                                  Defendant(s) | CASE NUMBER:<br><br><br><br><br><br><br><br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for <u>Plaintiffs AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased  </u> or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Amalia Deel | Plaintiff |
| Michael Deel | Plaintiff |
| County of Fresno | Defendant |

| | |
|---|---|
|         07.31/2024         | /s/ *Dale K. Galipo*         |
| Date | Signature |
| | |
| | Attorney of record for (or name of party appearing in prop per): |
| | |
| | <u>Plaintiff                                         </u> |