Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq (SBN 339574)
sleap@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased;<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.<br><br>**DECLARATION OF PLAINTIFF, MICHAEL DEEL PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** |

1

DECLARATION OF MICHAEL DEEL

Docusign Envelope ID: 6B4DB7BA-05F8-4228-B370-C64677733F83

# DECLARATION OF MICHAEL DEEL PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32

I, MICHAEL DEEL, declare as follows:

1. I am a competent adult over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the father of decedent, TYLER DEEL (Decedent), who died on June 30, 2023, in the County of Fresno, California.

3. No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for admission of Decedent's estate is pending in any other state court at this time.

4. The affiant or declarant is Decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to Decedent's interest in the action or proceeding as the father of Decedent. Decedent was not married at the time of his death and had no children.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding, except for Plaintiff AMALIA DEEL, who is decedent's mother and is submitting a Declaration pursuant to Section 377 concurrently herewith.

6. A certified copy of Decedent's death certificate is attached hereto as Exhibit "A."

The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 11 day of July, 2024 in County of Fresno, California.



MICHAEL DEEL