# Exhibit A

# STATE OF CALIFORNIA

# COUNTY of FRESNO
## DEPARTMENT OF PUBLIC HEALTH
### FRESNO, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052023168558
LOCAL REGISTRATION NUMBER: 3202310004638

**DECEDENT'S PERSONAL DATA**
1. NAME OF DECEDENT—FIRST (Given): TYLER
2. MIDDLE: KENNEDY
3. LAST (Family): DEEL
AKA, ALSO KNOWN AS — Include full AKA (FIRST, MIDDLE, LAST): —
4. DATE OF BIRTH mm/dd/ccyy: 08/14/1992
5. AGE Yrs.: 30
6. SEX: M
7. DATE OF DEATH mm/dd/ccyy: 06/30/2023
8. HOUR (24 Hours): 1626
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS/SRDP (at Time of Death): DIVORCED
13. EDUCATION — Highest Level/Degree: SOME COLLEGE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
16. DECEDENT'S RACE: CAUCASIAN
17. USUAL OCCUPATION: UNKNWON
18. KIND OF BUSINESS OR INDUSTRY: UNKNOWN
19. YEARS IN OCCUPATION: UNK

**USUAL RESIDENCE**
20. DECEDENT'S RESIDENCE (Street and number, or location): 5650 E WAVERLY LANE
21. CITY: FRESNO
22. COUNTY/PROVINCE: FRESNO
23. ZIP CODE: 93727
24. YEARS IN COUNTY: 27
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
26. INFORMANT'S NAME, RELATIONSHIP: AMALIA CHRISTINA DEEL, MOTHER
27. INFORMANT'S MAILING ADDRESS: 5650 E WAVERLY LANE, FRESNO, CA 93727

**SPOUSE/SRDP AND PARENT INFORMATION**
28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: —
29. MIDDLE: —
30. LAST (BIRTH NAME): —
31. NAME OF FATHER/PARENT—FIRST: MICHAEL
32. MIDDLE: CLARENCE
33. LAST: DEEL
34. BIRTH STATE: CA
35. NAME OF MOTHER/PARENT—FIRST: AMALIA
36. MIDDLE: CHRISTINA
37. LAST (BIRTH NAME): BRECKENRIDGE
38. BIRTH STATE: AZ

**FUNERAL DIRECTOR / LOCAL REGISTRAR**
39. DISPOSITION DATE mm/dd/ccyy: 08/04/2023
40. PLACE OF FINAL DISPOSITION: BELMONT MEMORIAL PARK, 201 N TEILMAN AVE, FRESNO, CA 93706
41. TYPE OF DISPOSITION(S): CREMATE/BURIAL
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: —
44. NAME OF FUNERAL ESTABLISHMENT: TULIP CREMATION
45. LICENSE NUMBER: FD2322
46. SIGNATURE OF LOCAL REGISTRAR: RAIS VOHRA, MD
47. DATE mm/dd/ccyy: 08/03/2023

**PLACE OF DEATH**
101. PLACE OF DEATH: PUBLIC LOCATION
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other [X]
104. COUNTY: FRESNO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 509 S. CLOVIS AVE
106. CITY: FRESNO

**CAUSE OF DEATH**
107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): GUNSHOT WOUND OF THE CHEST
Time Interval Between Onset and Death (AT): MINS
108. DEATH REPORTED TO CORONER?: YES [X] — REFERRAL NUMBER: 23-06-0317
109. BIOPSY PERFORMED?: NO [X]
110. AUTOPSY PERFORMED?: YES [X]
111. USED IN DETERMINING CAUSE?: YES [X]
112. OTHER SIGNIFICANT CONDITIONS: NONE
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO
113A. DECEDENT PREGNANT IN LAST YEAR?: NO [X]

**PHYSICIAN'S CERTIFICATION**
(blank)

**CORONER'S USE ONLY**
119. MANNER OF DEATH: Homicide [X]
120. INJURED AT WORK?: NO [X]
121. INJURY DATE mm/dd/ccyy: 06/30/2023
122. HOUR (24 Hours): 1613
123. PLACE OF INJURY: OTHER: PUBLIC LOCATION
124. DESCRIBE HOW INJURY OCCURRED: DECEDENT SHOT BY LAW ENFORCEMENT OFFICER
125. LOCATION OF INJURY: CITY STREET, 509 S. CLOVIS AVENUE, FRESNO, CA 93727
126. SIGNATURE OF CORONER / DEPUTY CORONER: JEFFREY GENTRY
127. DATE mm/dd/ccyy: 08/03/2023
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: JEFFREY GENTRY, DEP CORONER

---

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF FRESNO

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Fresno Co. Department of Public Health.

* 001504036 *

DATE ISSUED: AUG 14 2023

RAIS VOHRA, M.D.
FRESNO COUNTY LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE