# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY of FRESNO
### DEPARTMENT OF PUBLIC HEALTH
### FRESNO, CALIFORNIA

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052023168558
LOCAL REGISTRATION NUMBER: 3202310004638

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST | TYLER |
| 2. MIDDLE | KENNEDY |
| 3. LAST (Family) | DEEL |
| 4. DATE OF BIRTH | 08/14/1992 |
| 5. AGE Yrs. | 30 |
| 6. SEX | M |
| 7. DATE OF DEATH | 06/30/2023 |
| 8. HOUR (24 Hours) | 1626 |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP | DIVORCED |
| 13. EDUCATION | SOME COLLEGE |
| 14/15. HISPANIC? | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | UNKNWON |
| 18. KIND OF BUSINESS OR INDUSTRY | UNKNOWN |
| 19. YEARS IN OCCUPATION | UNK |
| 20. DECEDENT'S RESIDENCE | 5650 E WAVERLY LANE |
| 21. CITY | FRESNO |
| 22. COUNTY/PROVINCE | FRESNO |
| 23. ZIP CODE | 93727 |
| 24. YEARS IN COUNTY | 27 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | AMALIA CHRISTINA DEEL, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 5650 E WAVERLY LANE, FRESNO, CA 93727 |
| 31. NAME OF FATHER – FIRST | MICHAEL |
| 32. MIDDLE | CLARENCE |
| 33. LAST | DEEL |
| 34. BIRTH STATE | CA |
| 35. NAME OF MOTHER – FIRST | AMALIA |
| 36. MIDDLE | CHRISTINA |
| 37. LAST (BIRTH NAME) | BRECKENRIDGE |
| 38. BIRTH STATE | AZ |
| 39. DISPOSITION DATE | 08/04/2023 |
| 40. PLACE OF FINAL DISPOSITION | BELMONT MEMORIAL PARK, 201 N TEILMAN AVE, FRESNO, CA 93706 |
| 41. TYPE OF DISPOSITION(S) | CREMATE/BURIAL |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | TULIP CREMATION |
| 45. LICENSE NUMBER | FD2322 |
| 46. SIGNATURE OF LOCAL REGISTRAR | RAIS VOHRA, MD |
| 47. DATE | 08/03/2023 |
| 101. PLACE OF DEATH | PUBLIC LOCATION |
| 103. OTHER THAN HOSPITAL | Other |
| 104. COUNTY | FRESNO |
| 105. FACILITY ADDRESS | 509 S. CLOVIS AVE |
| 106. CITY | FRESNO |
| 107. CAUSE OF DEATH (A) IMMEDIATE CAUSE | GUNSHOT WOUND OF THE CHEST |
| Time Interval | MINS |
| 108. DEATH REPORTED TO CORONER? | YES, 23-06-0317 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |
| 119. MANNER OF DEATH | Homicide |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 06/30/2023 |
| 122. HOUR | 1613 |
| 123. PLACE OF INJURY | OTHER: PUBLIC LOCATION |
| 124. DESCRIBE HOW INJURY OCCURRED | DECEDENT SHOT BY LAW ENFORCEMENT OFFICER |
| 125. LOCATION OF INJURY | CITY STREET, 509 S. CLOVIS AVENUE, FRESNO, CA 93727 |
| 126. SIGNATURE OF CORONER | JEFFREY GENTRY |
| 127. DATE | 08/03/2023 |
| 128. TYPE NAME, TITLE OF CORONER | JEFFREY GENTRY, DEP CORONER |

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF FRESNO

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Fresno Co. Department of Public Health.

*001504036*

DATE ISSUED: AUG 14 2023


RAIS VOHRA, M.D.
FRESNO COUNTY LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE